William J. Kennedy, Christopher D. Loizides, Selena Fitanides, Philadelphia, for petitioner.

Lawrence F. Barth, Asst. Counsel, Bohdan R. Pankiw, Acting Chief Counsel, for Pennsylvania Public Utility Com'n.

## ORDER

PER CURIAM:

AND NOW, this 23rd day of September, 1998, Delaware's Petition for Allowance of Appeal is hereby **GRANTED**, limited to issues numbered 1, 2, 3, 6 and 7.

This matter is hereby consolidated with 296 and 297 M.D. Alloc. Dkt.1998.

717 A.2d 1023

GOLDEN TRIANGLE NEWS, INC., a Delaware Corporation; t/d/b/a both Golden Triangle News and Mello News; Monroeville News, Inc.; Fairview Books, Inc. t/d/b/a Good N Plenty; B.L.D., Inc. t/d/b/a B.L.V.D. News; and North Hills News, Inc., on Behalf of Themselves and all Others Similarly Situated, Appellants

v.

Hon. D. Michael FISHER, in His Official Capacity as Attorney General for the Commonwealth of Pennsylvania; Robert Colville, in His Official Capacity as District Attorney of Allegheny County; City of Pittsburgh, a Municipal Corporation; Jacqueline R. Morrow, in Her Official Capacity as Solicitor for the City of Pittsburgh; Municipality of Monroeville; John F. Cam-

best, in His Official Capacity as Solicitor for the Municipality of Monroeville; Township of Ross; C. Donald Gates, in His Official Capacity as Solicitor of Ross Township; and Col. Paul Evanko, in His Official Capacity as Commissioner, Pennsylvania State Police, on Behalf of themselves and on Behalf of all Others Similarly Situated.

Supreme Court of Pennsylvania.

Argued Sept. 16, 1998.

Decided Oct. 8, 1998.

## ORDER

PER CURIAM:

Order affirmed.

ZAPPALA, J., dissents.

717 A.2d 1023

## CITY OF ERIE

v.

Paul MARTIN, in his capacity as Board Member of Erie City Water Authority, and Virgil McIntosh, in his capacity as Board Member of Erie City Water Authority, Appellants.

Supreme Court of Pennsylvania.

Argued Sept. 14, 1998.

Decided Oct. 8, 1998.

W. Richard Cowell, Erie, for Paul Martin, et al.